IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PHYLLIS CHANTAY BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-1240 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTATION, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On January 12, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 16), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is **DENIED**, and the Commissioner's decision is affirmed. This Order constitutes the final judgment in this cause.

It is so **ORDERED**.

ENTER this 13th day of February 2015.

_____
ALETA A. TRAUGER
U.S. District Judge